JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JESSIE JAMES DAVIS IV, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MIRAMAR – PARK TOWERS 1, LLC; MIRAMAR – PARK TOWERS 2, LLC; and DOES 1 THROUGH 10, Inclusive,<br><br>Defendant. | Case No.: 2:21-cv-10031-AB (SKx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **thirty (30) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated:  April 21, 2022

_____

ANDRÉ BIROTTE JR.

UNITED STATES DISTRICT JUDGE

1.